LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | Case No. CIV.S.04-1881 FCD CMK |
| Plaintiff, | |
| v. | |
| SAFEWAY, INC.; VONS COMPANIES. INC., et al., | **ORDER FOR DISMISSAL** |
| Defendant. | |

### Order

It is HEREBY ORDERED that the complaint of the plaintiff, USDC Case No. CIV.S. 04-1881 FCD CMK, is hereby dismised with prejudice.

DATED: April 25, 2005              /s/ Frank C. Damrell Jr.
                                                    United States District Court Judge